DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HECTOR PABON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0832

[August 13, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Kelly Coates, Jr., Judge; L.T. Case No. 502006CF003400AXXXMB.

Hector Pabon, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***